**\*\* E-filed March 7, 2011 \*\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KIM QUACH, | No. C09-05607 HRL |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | **[Re: Docket No. 46]** |
| CITIMORTGAGE, INC., | |
| Defendant. | |

Mediator Margaret A. Corrigan advised the Court in December 2010 that the parties reached a full settlement in the above-entitled action. Docket No. 46.

Accordingly, IT IS HEREBY ORDERED that this action be dismissed with prejudice. However, if any party certifies to this Court, **no later than March 22, 2011**, with proof of service of a copy on the other party, that the agreed consideration for the settlement has not been delivered or that the settlement has not been consummated as agreed, the foregoing ORDER SHALL STAND VACATED and this cause shall be restored to the calendar and be set for trial.

**IT IS SO ORDERED.**

Dated: March 7, 2011

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C09-05607 HRL Notice will be electronically mailed to:**

| | |
|---|---|
| Brian Stratton Whittemore | bwhittemore@bledsoelaw.com |
| Kimberlee Anne Rode | kimrode@sbcglobal.net, dpereira@loandefects.com |
| Peter James VanZandt | pvanzandt@bledsoelaw.com, bwhittemore@bledsoelaw.com, cvillavert@bledsoelaw.com |

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**